**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

OLIVER DAWOUD,

        Plaintiff,

v.                                                                          Case No: 6:18-cv-369-Orl-40DCI

ACRYLIC TANK MANUFACTURING
OF NEVADA,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Motion for Final Default Judgment as to Count I (Doc. 51) filed on November 30, 2018. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed February 11, 2019 (Doc. 54), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Final Default Judgment as to Count I (Doc. 51) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant in the amount of **$147,410.00** plus post-judgment interest at the legal rate pursuant to 28 U.S.C. § 1961.

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on March 1, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties